1998 ME 149

**Paulette M. WEBBER**

v.

**CYRO INDUSTRIES et al.**

Supreme Judicial Court of Maine.

Argued April 7, 1998.
Decided June 17, 1998.

Edward J. Titcomb (orally), Sanford, for employee.

Kevin G. Anderson (orally), Kristen Porter Farnham, Susan J. Clark, Verrill & Dana, L.L.P., Portland, for employer.

John H. King, Jr., Portland, amici curiae for BIW, CMP, IP, and Mead.

Before WATHEN, C.J., and ROBERTS, CLIFFORD, RUDMAN, LIPEZ, and SAUFLEY, JJ.

PER CURIAM.

The decision of the Workers' Compensation Board is affirmed by an evenly divided Court.